IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COREY T GAUSE,                            No. C 13-02948 SI

        Plaintiff,                      **PRETRIAL PREPARATION ORDER**

  v.

UNITED PARCEL SERVICE, INC., ET AL.,

        Defendant.
                                     /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 7, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 16, 2014.

DESIGNATION OF EXPERTS: 7/11/14; REBUTTAL: 7/28/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 8/29/14.

DISPOSITIVE MOTIONS **SHALL** be filed by May 23, 2014;

    Opp. Due June 6, 2014;  Reply Due June 13, 2014;

   and set for hearing no later than June 27, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 16, 2014 at 3:30 PM.

JURY TRIAL DATE: September 29, 2014  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur in Jan. or Feb. 2014

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/13

                                                                  SUSAN ILLSTON
                                                                  United States District Judge