1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY T. GAUSE,<br><br>Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC.; UPS GROUND FREIGHT, INC.; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. 13-cv-02948-SI<br><br>**[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION TO FILE FIRST AMENDED COMPLAINT AND DISMISS FOURTH CAUSE OF ACTION** |

The parties to the above-entitled action filed a joint "Stipulation to File First Amended Complaint and Dismiss Fourth Cause of Action" (Dkt #14) on September 5, 2014.  Accordingly, it is hereby **ORDERED** that:

As stated in the Stipulation, the Plaintiff may file the Amended Complaint, a copy of which was attached to the Stipulation filed with the Court.

As stated in the Stipulation, the Fourth Cause of Action (for Wrongful Termination in Violation of Public Policy) is dismissed, with the parties to bear their own attorneys fees and costs attributable solely to the Fourth Cause of Action.

1 | As stated in the Stipulation, the Defendants waive notice and service of the amended complaint
2 | and shall not be required to answer the amendment, and all denials, responses and affirmative defenses
3 | contained in the answer filed by Defendants to the original complaint shall be responsive to the amended
4 | complaint.

**IT IS SO ORDERED.**

Dated: October __18__, 2013

_____
HON. SUSAN ILLSTON
United States District Court Judge