BRYAN SCHWARTZ (SB# 209903)
bryan@bryanschwartzlaw.com
BRYAN SCHWARTZ LAW
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

JEAN K. HYAMS (SB# 144425)
jean@levyvinick.com
LEVY VINICK BURRELL & HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7701
Facsimile: (510) 318-7701

Attorneys for Plaintiff
COREY T. GAUSE

Additional Counsel listed on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY T. GAUSE, | CASE NO. CV 13-02948 SI |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION** |
| vs. | |
| UNITED PARCEL SERVICE, INC.; UPS GROUND FREIGHT, INC.; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB# 167324) |
| 2 | jeffgrube@paulhastings.com<br>PAUL HASTINGS LLP |
| 3 | 1117 South California Avenue<br>Palo Alto, CA  94304-1106 |
| 4 | Telephone:  (650) 320-1800<br>Facsimile:  (650) 320-1900 |
| 5 | |
| 6 | GINA GUARIENTI COOK (SB# 245611)<br>ginacook@paulhastings.com |
| 7 | PAUL HASTINGS LLP<br>55 Second Street |
| 8 | Twenty-Fourth Floor<br>San Francisco, CA  94105 |
| 9 | Telephone:  (415) 856-7000<br>Facsimile:  (415) 856-7100 |
| 10 | |
| 11 | Attorneys for Defendants<br>UNITED PARCEL SERVICE, INC. and |
| 12 | UPS GROUND FREIGHT, INC. |

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL OF ACTION
U.S.D.C., N.D. CAL., NO. CV 13-02948 SI

LEGAL_US_W # 77052422.1

IT IS HEREBY STIPULATED by and between Plaintiff Corey T. Gause, Defendant United Parcel Service, Inc., and Defendant UPS Ground Freight, Inc., through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATED: January 3, 2014

BRYAN SCHWARTZ LAW
LEVY VINICK BURRELL HYAMS LLP

By: _____
JEAN K. HYAMS

Attorneys for Plaintiff
COREY T. GAUSE

DATED: January 6, 2014

E. JEFFREY GRUBE
GINA GUARIENTI COOK
PAUL HASTINGS LLP

By: _____
GINA GUARIENTI COOK

Attorneys for Defendants
UNITED PARCEL SERVICE, INC. and UPS GROUND FREIGHT, INC.

PURSUANT TO STIPULATION, the Court hereby ORDERS that this matter is dismissed with prejudice.

DATED: 1/13/14

_____
Judge Susan Illston
United States District Judge

-1-

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL OF ACTION
U.S.D.C., N.D. CAL., NO. CV 13-02948 SI

LEGAL_US_W # 77052422.1